UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**THOMAS M. UTTERBACK,**

    **Plaintiff,**

v.                                     **Case No.  5:23-cv-279-TKW-MJF**

**CRAIG B. MORRIS,**

    **Defendant.**

_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 28).  Plaintiff objected to the R&R, *see* Doc. 29, but Defendant did not.  No response to Plaintiff's objection is needed.

The Court reviewed the issues raised in the R&R de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).  Based on that review, the Court agrees with the magistrate judge's determination that this action should be dismissed for failure to state a claim upon which relief can be granted.

The Court did not overlook Plaintiff's argument that the magistrate judge overstepped his role by conducting an "inquisitional hearing" on Defendant's motion to dismiss.  However, putting aside the fact that Plaintiff did not file a copy of the hearing transcript for the Court to review, *see* Fed. R. Civ. P. 72(b)(2), the Court

sees nothing improper about a judge "pressing" the parties on their positions at oral argument to help narrow the issues in dispute or properly frame the issues for resolution—which is what it sounds like the magistrate judge was doing at the hearing in this case.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 16) is **GRANTED**, and this case is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close this case file.

**DONE and ORDERED** this 12th day of August, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**